IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.

Fifty-Three Thousand Five Hundred
Twenty-Six Dollars, Twelve Cents
($53,526.12) in U.S. Funds,

Thirty-Nine Thousand Seven Hundred
Twelve Dollars, Fifty-Seven Cents
($39,712.57) in U.S. Funds,

    Defendants.

Civil No. 03-2955-BV

## CONSENT ORDER EXTENDING STAY OF PROCEEDINGS

This case is currently set for a scheduling conference on July 28, 2005. The parties seek to extend by 90 days the stay of the above-styled case, previously granted by the Court in an order entered May 31, 2005, because of an ongoing criminal investigation.

For good cause shown, the motion is granted. This case is stayed until _Thursday, October 27, 2005_, and the scheduling conference is reset to that date at _Thursday, Oct. 27, 2005 at 9:30_.

**IT IS SO ORDERED**, this _28th_ day of _July_, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7-29-05_

(33)

APPROVED AND CONSENTED:

TERRELL L. HARRIS
United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney
Attorney for the Plaintiff

_____ (CEC w/permission)
Glen G. Reid
Attorney for Claimant TSL Consulting

_____ (CEC w/permission)
J. Rufus Garts, III
Attorney for Claimants Amy Chadwick
and A & J Consulting, Inc.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:03-CV-02955 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James Rufus Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT