IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28  AM 11: 38

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-2955BV |
| | ) | |
| FIFTY THREE THOUSAND FIVE | ) | |
| HUNDRED TWENTY-SIX DOLLARS | ) | |
| AND TWELVE CENTS ($53,526.12) | ) | |
| and | ) | |
| THIRTY-NINE THOUSAND SEVEN | ) | |
| HUNDRED TWELVE DOLLARS AND | ) | |
| FIFTY-SEVEN CENTS, (39,712.57), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT ORE TENUS MOTION OF THE PARTIES TO STAY

A scheduling conference was held in this case on October 27, 2005. Present on behalf of the government was Chris Cotton, Assistant United States Attorney. Also present was J. Rufus Garts, III, on behalf of claimants. The parties jointly sought a stay of this matter for 60 days because of a related pending criminal investigation.

For good cause shown, the motion is granted. This case is stayed until Thursday, January 12, 2006, and the scheduling conference is reset that date at 9:30 a.m.

IT IS SO ORDERED this 27th day of October, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-28-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02955 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James Rufus Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT